Form a0nfincs

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: David Waymond Patterson

    Debtor(s)

SSN/TAX ID:
    xxx−xx−2185

Case No.: 2:13−bk−53369

Chapter: 13

Judge: John E. Hoffman Jr.

**NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT**

    In accordance with Rule 5009 of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 23) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed by the date when the last plan payment was made or the filing of a motion for a discharge, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: July 30, 2013

    FOR THE COURT:
    Kenneth Jordan
    Clerk, U.S. Bankruptcy Court