IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVID WAYMOND PATTERSON
     5006 DIERKER RD APT A1
     COLUMBUS, OH  43220

CASE NO: 13-53369

CHAPTER 13

JUDGE: John E. Hoffman Jr.

---

## NOTICE OF INTENTION TO PAY CLAIMS

---

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Jeffrey P. Norman, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00004 | Ace Cash Advance<br>3059 West Broad Street<br>Columbus, OH  43204 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00005 | Allied Interstate<br>3000 Corporate Exchange Dr.<br>5th Floor<br>Columbus, OH  43231 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00006 | Amerian Medical Collection Agency<br>4 Westchester Plaza, Suite 110<br>Scarsdale, NY  10583 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00007 | American Debt Services<br>5151 Edina Industrial Boulevard<br>Suite 520<br>Minneapolis, MN  55439 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00008 | ARSS LLC<br>2001 Martin Luther King Jr Drive<br>Suite 550<br>Atlanta, GA  30310 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00009 | Asset Acceptance<br>P.O. Box 2036<br>Warren, MI  48090 | Not filed | 10.00% | 0.00 % | UNSECURED |

CASE NO. 13-53369   DAVID WAYMOND PATTERSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00010 | Asset Acceptance<br>P.O. Box 1630<br>,   16300 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00040 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI  48090 | 478.46 | 10.00% | 0.00 % | UNSECURED |
| 00011 | Capital Management Services, LP<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY  14210 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00012 | Car Now Acceptance Company<br>12802 Hamilton Crossing<br>Carmel, IN  46032 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00002 | Cathy Narvaez<br>3751 Metro Parkway #5102<br>Fort Myers, FL  33916 | Not filed | 100.00% | 0.00 % | DOMESTIC SUPPORT |
| 00003 | Cathy Narvaez<br>3751 Metro Parkway #5102<br>Fort Myers, FL  33916 | Not filed | 100.00% | 0.00 % | NOTICE ONLY |
| 00013 | CBCS<br>P.O. Box 165025<br>Columbus, OH  43216-5025 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00001 | COASTAL CREDIT LLC<br>c/o WELTMAN WEINBERG & REIS<br>PO BOX 93784<br>CLEVELAND, OH  44101-5784 | 3,875.00 | 100.00% | 4.25 % | SECURED-506 |
| 10001 | COASTAL CREDIT LLC<br>c/o WELTMAN WEINBERG & REIS<br>PO BOX 93784<br>CLEVELAND, OH  44101-5784 | 6,139.10 | 10.00% | 0.00 % | UNSECURED |
| 00014 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA  02459 | Not filed | 10.00% | 0.00 % | UNSECURED |

CASE NO. 13-53369   DAVID WAYMOND PATTERSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00015 | Enhanced Recovery Corporation<br>Attention: Client Services<br>8014 Bayberry Road<br>Jacksonville, FL  32256 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00016 | ER Solutions<br>10750 Hammerly Blvd., Suite 200<br>Houston, TX  77043 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00017 | ER Solutions<br>P.O. Box 9004<br>Renton, WA  98057 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00019 | First Federal Credit Control<br>24700 Chagrin Boulevard, Suite 2<br>Cleveland, OH  44122 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00022 | Firstsource Financial Solution LLC<br>1232 West Street Road 2<br>La Porte, IN  46350 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00023 | IQ Receivable Solutions<br>495 East Mound Street<br>Columbus, OH  43215 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00024 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>St Louis, MO  63195 | 599.50 | 10.00% | 0.00 % | UNSECURED |
| 00025 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>St Louis, MO  63195 | 467.22 | 10.00% | 0.00 % | UNSECURED |
| 00026 | LVNV Funding LLC<br>Po Box 740281<br>Houston, TX  77274 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00027 | Malcolm S. Gerald and Associates, Inc.<br>332 South Michigan Avenue<br>Suite 600<br>Chicago, IL  60604 | Not filed | 10.00% | 0.00 % | UNSECURED |

CASE NO. 13-53369   DAVID WAYMOND PATTERSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00028 | Midland Funding<br>8875 Aero Drive<br>San Diego, CA  92123 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00018 | MYERS REAL ESTATE<br>C/O WILLIS LAW FIRM LLC<br>141 E TOWN ST STE 200<br>COLUMBUS, OH  43215 | 8,689.41 | 10.00% | 0.00 % | UNSECURED |
| 00029 | Myers Real Estate<br>1221 Grandview Avenue<br>Columbus, OH  43212 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00031 | National Enterprise Systems<br>29125 Solon Rd<br>Solon, OH  44139-3442 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00032 | Northland Group Inc<br>P.O. Box 390846<br>Minneapolis, MN  55439-0846 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00021 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | 437.75 | 10.00% | 0.00 % | UNSECURED |
| 00030 | QUANTUM 3 GROUP LLC<br>ELITE ENTERPRISE SERVICES<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 307.50 | 10.00% | 0.00 % | UNSECURED |
| 00020 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 415.33 | 10.00% | 0.00 % | UNSECURED |
| 00033 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 327.78 | 10.00% | 0.00 % | UNSECURED |
| 00034 | RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD #224<br>SYOSSET, NY  11791 | 54.83 | 10.00% | 0.00 % | UNSECURED |

CASE NO. 13-53369   DAVID WAYMOND PATTERSON

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00039 | Schultan Inc.<br>c/o John Tanoury<br>1010 Old Henderson Road, Suite 1<br>Columbus, OH 43220 | Paid outside | 100.00% | 0.00 % | LEASE |
| 00035 | Sunrise Credit Services, Inc.<br>260 Airport Plaza<br>P.O. Box 9168<br>Farmingdale, NY 11735-9986 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00036 | Truelogic Financial Corporation<br>P.O. Box 4437<br>Englewood, CO 80155 | Not filed | 10.00% | 0.00 % | UNSECURED |
| 00037 | WELLS FARGO<br>PO BOX 29706<br>PHOENIX, AZ 85038 | 9,264.80 | 10.00% | 0.00 % | DEFICIENCY BALANCE |
| 00038 | Wolpoff & Abramson LLP<br>Two Irving Centre<br>Rockville, MD 20850 | Not filed | 10.00% | 0.00 % | UNSECURED |
| | TOTAL | 31,056.68 | | | |
| 00000 | MARSHALL D COHEN ESQ<br>1303 OLENTANGY RIVER RD<br>STE 201<br>COLUMBUS, OH 43212 | 2,811.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated:  October 28, 2013

/s/Jeffrey P. Norman

Jeffrey P. Norman
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH 43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

<div style="border:1px solid">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 10/28/2013

/s/ Jeffrey P. Norman

Electronically signed by
Jeffrey P. Norman, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Jeffrey P. Norman, Chapter 13 Trustee
Marshall D Cohen Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

David Waymond Patterson
5006 Dierker Rd Apt A1
Columbus, Oh 43220